

# NUMBER 13-21-00265-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DIAMANTE CUSTOM HOMES, LLC,                                      Appellant,

v.

PROSPERITY BANK USA,                                            Appellee.

### On appeal from the 377th District Court
### of Victoria County, Texas.

# MEMORANDUM OPINION

### Before Justices Hinojosa, Tijerina, and Silva
### Memorandum Opinion by Justice Silva

This matter is before the Court on appellant's amended unopposed motion to dismiss. On November 2, 2021, the trial court signed an order granting appellant and appellee's joint motion regarding arbitration which rendered this appeal moot.

The Court, having considered appellant's amended motion, is of the opinion that the amended motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore,

appellant's amended unopposed motion to dismiss is granted, and the appeal is hereby dismissed as moot. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

CLARISSA SILVA
Justice

Delivered and filed on the
6th day of January, 2022.